# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca, <br>     Plaintiff, <br> vs. <br> O'Reilly Automotive Stores, Inc., et al., <br>     Defendants. | Case No. 2:14-cv-02949-CAS-JEM <br><br> [~~Proposed~~] **Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca and defendant O'Reilly Automotive Stores, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties.

Dated: September 8, 2014

*/s/ Christina A. Snyder*
_____
United States District Judge

Page 1